UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
v. ) Mag No. 1:15-mj-65-JHR
) (18 U.S.C. § 875(c))
)
DUSHKO VENELINOV VULCHEV )

## COMPLAINT

The undersigned, being duly sworn, states:

### COUNT ONE
(Threats in Foreign Commerce)

On about between February 5, 2015, in the District of Maine and elsewhere, defendant

### DUSHKO VENELINOV VULCHEV

did knowingly transmit in foreign commerce a threat to injure the person of another; to wit, the defendant sent an email from Houlton, Maine to a member of the European Commission located in Brussels, Belgium, threatening to kill this member and others if they did not carry out his wishes. Specifically, he made the following statements:

- YOU DIE IF YOU DON'T DO IT. I GIVE YOU TWO WEEKS, I WILL SLIT YOUR THROATS, I WILL HANG YOU LIKE I DID IN PARIS.

- I WILL KILL YOU LIKE CHICKENS. I HAVE TOLD JUNKER THAT I NEED 12 MILLION VICTIMS. I HAVE TOLD MARIO DRAGHI FIVE TRILLION, NOT ONLY ONE TRILLION.

- WHO DOESN'T OBEY AN ORDER IN TIME OF WAR IS PUNISHED BY DEATH BY FIRING SQUAD. WHO RECEIVES EMAIL FROM ME HAS RECEIVED A KISS FROM THE DEVIL. IF YOU DON'T OBEY ME, IF YOU DON'T OBEY GIOBELS/ ANGEL JAMBAZKI, I WILL KILL ALL YOU WHORES.

The defendant thus violated Title 18, United States Code, Section 875(c).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

_____
James McCarty
Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO before me this 30th day of March, 2015.

_____
John H. Rich III
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, James McCarty, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent of the FBI for 19 years, and am currently assigned to the Bangor, Maine Resident Agency. Prior to my employment in the FBI, I obtained a masters degree in public administration and I was employed in local law enforcement for seven years. While employed by the FBI, I have worked on a wide variety of criminal investigations including numerous investigations that were international in nature. In addition, I have worked numerous internet-based and threat cases.

2. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my personal knowledge, information obtained during my participation in this investigation, information from others including law enforcement officers, my review of documents and computer records related to this investigation, and information gained through my training and experience.

## BACKGROUND OF INVESTIGATION AND PROBABLE CAUSE

3. On February 5th, 2015, an email from email address zico@abv.bg was sent to a Bulgarian economist and administrator who is currently a member of the European Commission ("the Victim") and others at the European Commission. The European Commission is located in Brussels, Belgium. The email was written in Bulgarian and reads as follows[1]:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

[1] The email was translated into English by Agent Vasil Petkov, Specialized Directorate for Combating Organized Crime (GDBOP) in Bulgaria.

1

Subject: "NORAMIAO SAID THE WHORE STALINKA"

ANDRO,

1. I WANT YOU TOGETHER WITH **THE VICTIM** TO HAVE A FULL LIST OF ALL BULGARIANS, WHO LIVE IN PORTUGAL AND ENGLAND. KUCO, KIORAVO I SAKATO

2. I WANT YOU TOGETHER WITH **THE VICTIM** TO HIRE IN EUROPE AS MUCH BULGARIANS AS POSSIBLE AND WITHDRAW THEM FROM THESE TWO COUNTRIES.

3. YOU DIE IF YOU DON'T DO IT. I GIVE YOU TWO WEEKS, I WILL SLIT YOUR THROATS, I WILL HANG YOU LIKE I DID IN PARIS.

4. I WILL FUCK EVERYONE'S MOTHER IF YOU DON'T OBEY THE BOSS AND GIOBELS. I WANT EVERY JOB IN EUROPE TO BE TAKEN ONLY BY BULGARIANS, STARTING FROM DRIVERS, SECRETARIES, INTERPRETERS, TILL THE LAST COMMISSIONER.

5. I WILL KILL YOU LIKE CHICKENS. I HAVE TOLD JUNKER THAT I NEED 12 MILLION VICTIMS. I HAVE TOLD MARIO DRAGHI FIVE TRILLION, NOT ONLY ONE TRILLION.

WHO DOESN'T OBEY AN ORDER IN TIME OF WAR IS PUNISHED BY DEATH BY FIRING SQUAD. WHO RECEIVES EMAIL FROM ME HAS RECEIVED A KISS FROM THE DEVIL. IF YOU DON'T OBEY ME, IF YOU DON'T OBEY GIOBELS/ ANGEL JAMBAZKI, I WILL KILL ALL YOU WHORES. DID YOU GET THIS DIMO? I WILL START FROM YOU.

4. After learning of the email from a staff person at the Victim's office, Bulgarian authorities sent a request to ABV.BG for subscriber and login information for the email address zico@abv.bg. According to the records obtained from ABV.BG, at the time the threatening email was sent, the user of zico@abv.bg was logged in using the Internet protocol (IP) address[2] 68.70.251.91. Further, the user of zico@abv.bg was logging in using this same IP address both

---

[2] An IP address is a unique numeric address used to identify a computer on the Internet. An IP address looks like a series of four numbers, each in the range of 0-255, separated by periods. Every computer connection to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer is directed properly from its source to its destination.

2

before and after the threatening email was sent.

5. Using a publicly available database, Bulgarian authorities determined that IP address 68.70.251.91 was leased by Polaris Cable Services, an Internet Service Provider (ISP) in Houlton, Maine. As a result, Bulgarian authorities notified Jonathan Holmes, the Federal Bureau of Investigation Assistant Legal Attache for Bulgaria, Albania and Macedonia, and FBI Special Agent Glenn Barnes from the Bangor, Maine Resident Agency ("Agent Barnes") initiated an investigation into the threatening email. On February 12, 2015, in response to a subpoena, Agent Barnes learned from Polaris Cable Services that the subscriber for IP address 68.70.251.91 from January 1, 2015 until February 10, 2015 was M.C, who was listed as residing at XXX XXXXX Street, Houlton, Maine.

6. On February 13, 2015, Agent Barnes went to XXX XXXXX Street in Houlton, Maine, and found three brothers living at the residence – Neighbor 1, Neighbor 2 and Neighbor 3. In interviews of Neighbor 1 and Neighbor 2, both told Agent Barnes that their mother had met a man online, in 2014, and moved with him to Scotland in October of the same year. Neighbor 1 and Neighbor 2 confirmed that they have a subscription to Polaris, but both denied being able to speak or understand Bulgarian. They did, however, state that their neighbor Dushko Venelinov Vulchev ("Vulchev") speaks Bulgarian and has used their computer many times. Neighbor 1 explained that Vulchev was from Bulgaria[3] and would come over to use their computer because Vulchev did not have his own Internet service. During a subsequent interview with Neighbor 1 and Neighbor 2, on March 17, 2015, they confirmed that Vulchev purchased a computer of his own at the end of December 2014 (which they described as a small Acer or Lenovo laptop) and

---

3. I have reviewed the 2002 Nonimmigrant Visa Applicant Details for Vulchev which confirms that he was born in Bulgaria in 1976.

3

used their wireless Internet connection to connect to the internet from his own home in January and February of 2015. According to Neighbor 1 and Neighbor 2, Vulchev seemed cranky after divorcing his American wife and now lived with his Bulgarian mother, whom he had sponsored into the United States. Both described Vulchev as "hinky," and stated that he would only come over when he wanted to use their computer, or to borrow water when his pipes were frozen. They also confirmed that Vulchev's email address is zico@abv.bg.

7. Additionally, Agent Barnes discovered that in 2003, Vulchev was investigated by the South Portland, Maine Police Department for telling two people that he was in the United States to "make September 12th." Agent Barnes also learned that Vulchev had been previously investigated by the Houlton, Maine Police Department in November of 2007 for sending a threatening text to a fellow employee at WalMart. Finally, on March 12, 2015, the user of zico@abv.bg sent a threatening email to a University of Oregon professor. The email stated that two professors needed to be murdered because of their description of the religious history of "Tsarigrad."[4]

8. On March 28, 2015, Neighbor 1 informed the FBI that Vulchev had approached him and asked if he wanted to buy his car for $200. Neighbor 1 declined and Vulchev stated that was too bad because his (Vulchev's) mother had overstayed her United States visa. Vulchev said he was planning to fly back to Bulgaria with his mother on Monday, March 30. I have reviewed the Nonimmigrant Visa Applicant Details for Vulchev's mother, Rumyanka Dencheva Vulcheva. According to this information, her visa does not expire until the year 2020.

---

4 "Tsarigrad" is the Bulgarian name for Constantinople.

4

## CONCLUSION

Based on the foregoing, there is probable cause to believe Dushko Venelinov Vulchev has made a threat in foreign commerce to injure the person of another in violation of Title 18, United States Code, Section 875(c).

Sworn to under the pains and penalties of perjury.

I, James McCarty, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information and belief, and that I make this oath under pains and penalties of perjury.

Dated at Portland, Maine this 30th day of March 2015.

_____
James McCarty, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 30th day of March, 2015.

_____
John H. Rich III
United States Magistrate Judge