# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED
2015 MAR 30 A 10: 47
DEPUTY CLERK

UNITED STATES OF AMERICA )
 )
v. ) Docket No. 1:15-MJ-65-JHR
 )
DUSHKO VENELINOV VULCHEV )

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   This case is eligible for a detention order because the case involves:

    \_\_\_\_  Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _X_  Crime of violence

    \_\_\_\_  Maximum sentence life imprisonment or death

    \_\_\_\_  10+ year drug offense

    \_\_\_\_  Felony, with two prior convictions in above categories

    _X_  Serious risk defendant will flee

    \_\_\_\_  Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

(i) <u>Temporary Detention</u>. _____

_____

(ii) <u>Other than Temporary Detention</u>.   The court should detain the defendant because there are no conditions of release which will reasonably assure:

 _X_   Defendant's appearance as required

 _X_   Safety of any other person and the community

3. <u>Date of Detention Hearing</u>. The United States requests that the detention hearing be held after a continuance of three days.

5. <u>Length of Detention Hearing</u>. The United States will require a half hour to present its case for detention.

Date: March 30, 2015

THOMAS E. DELAHANTY II
United States Attorney

/s/ Andrew McCormack
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04101
(207) 945-0373
Andrew.McCormack@usdoj.gov