## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.   1:15-mj-00065-JHR |
| v. | : | |
| | : | |
| DUSHKO VENELINOV VULCHEV | : | |

### UNOPPOSED MOTION FOR PRIVATE COMPETENCY EVALUATION

**NOW COMES**, counsel for the defendant, and hereby moves the Court pursuant to Title 18, United States Code, § 4241, for a psychological examination and subsequent hearing to determine whether the defendant, is competent to proceed with necessary court hearings and assist in his own defense.  Counsel has conferred with Assistant United States Attorney Andrew McCormack regarding the relief sought hereby and Mr. McCormack indicates that the government has no objection thereto.

Counsel believes that there is reasonable cause to believe that the defendant "may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."  18 U.S.C. §§ 4241(a).

Nothing in Title 18, United States Code, §§ 4241(b) and 4247(b), requires that the examination be conducted by an employee of the Bureau of Prisons.  Rather, Section 4247(b) simply refers to a "suitable facility" and that "each examiner shall be designated by the court." Therefore, Defendant requests the Court to enter an order directing that the facility to be used for purposes of the psychological evaluation be the Penobscot County Jail or the facility at which the

1

defendant is detained at the time of examination and that Diane A. Tennies, Ph.D., LADC, be

designated as the licensed professional to perform the noted examination.

Respectfully submitted,

Dated: April 7, 2015

/s/ James S. Nixon
James S. Nixon, Esquire
Assistant Federal Defender
Office of the Federal Defender
23 Water Street, Suite 206
Bangor, Maine 04401
Attorney for Defendant

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

UNITED STATES OF AMERICA      :
                             :    Criminal No.   1:15-mj-00065-JHR
             v.             :
                             :
DUSHKO VENELINOV VULCHEV    :

**CERTIFICATE OF SERVICE**

       I, James S. Nixon, Esquire, Assistant Federal Defender for the District of Maine, hereby certify that on April 7, 2015, I electronically filed the Unopposed Motion for Private Competency Evaluation with the Court via the CM/ECF electronic filing system which will send notification of such filing via said system electronically on the 7th day of April, 2015 to the following persons:

       Andrew McCormack, Assistant U.S. Attorney
       U.S. DEPARTMENT OF JUSTICE
       202 Harlow Street, Rm 111
       Bangor, Maine  04401
       Andrew.McCormack@usdoj.gov

I further certify that on April 7, 2015, I served a copy of the foregoing document on the following parties or their counsel of record by U.S. mail:

       Jennifer LaFlamme, Probation Officer
       U.S. Probation & Pretrial Services Office
       202 Harlow Street, Rm 209
       Bangor, ME 04401

Dated: April 7, 2015              /s/ James S. Nixon
                                 James S. Nixon, Esquire
                                 Assistant Federal Defender
                                 Office of the Federal Defender
                                 23 Water Street, Suite 206
                                 Bangor, Maine 04401
                                 Attorney for Defendant

3