# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA            )
                                    )
       v.                          )        Docket #: 15-MJ-65-JCN
                                    )
DUSHKO VULCHEV                      )

## MOTION TO WITHDRAW AND
## TO APPOINT NEW COUNSEL

**NOW COMES** undersigned counsel pursuant to United States District Court for the District of Maine Local Rule 157.5(b) and hereby moves this Honorable Court for an order granting his withdrawal as counsel and appointing new counsel in the above-referenced matter.

In further support of the motion, undersigned counsel respectfully relies on the information contained in attached exhibit "A" filed concurrently herewith under seal pursuant to United States District Court for the District of Maine Local Rule 157.6(b).

WHEREFORE, for all of the foregoing reasons undersigned counsel respectfully requests an order granting his withdrawal as counsel and appointing new counsel in this matter.

Respectfully submitted,

Dated: July 22, 2015

/s/ James S. Nixon
James S. Nixon, Esquire
Assistant Federal Defender
Office of the Federal Defender
23 Water Street, Suite 206
Bangor, Maine 04401
Attorney for Defendant

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA       )
           )
       v.                )      Docket #: 15-MJ-65-JCN
           )
DUSHKO VULCHEV            )

## CERTIFICATE OF SERVICE

I, James S. Nixon, Esquire, Assistant Federal Defender, Office of the Federal Defender, attorney for the Defendant, hereby certify that on July 22, 2015, I electronically filed the Motion to Withdraw and to Appoint New Counsel with the Court via the CM/ECF electronic filing system which will send notification of such filing via said system electronically on the 22nd day of July, 2015 to the following persons:

Andrew McCormack, Assistant U.S. Attorney
U.S. DEPARTMENT OF JUSTICE
202 Harlow Street, Rm 111
Bangor, Maine  04401
amcormack@usdoj.gov


Dated: July 22, 2015            /s/ James S. Nixon
                                     James S. Nixon, Esquire
                                     Assistant Federal Defender
                                     Office of the Federal Defender
                                     23 Water Street, Suite 206
                                     Bangor, Maine 04401
                                     Attorney for Defendant