UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:15-mj-00065-JCN-1 |
| | ) | |
| | ) | |
| DUSHKO VENELINOV VULCHEV, | ) | |
| | ) | |
| Defendant | ) | |

ORDER OF DETENTION PENDING TRIAL

Defendant Dushko Venelinov Vulchev was arrested on March 29, 2015, and charged in a Complaint (ECF No. 1) with threatening in foreign commerce to injure the person of another; in violation of Title 18, U.S.C., Section 875(c).  The Government filed a Motion for Detention (ECF No. 4) on March 20, 2015.  An unopposed Motion for Psychiatric Exam was filed on April 7, 2015 (ECF No. 13), and a competency hearing was scheduled for August 18, 2015.  At that time, the parties agreed that Defendant was competent to stand trial and advised the Court that a formal hearing was not required.  Defendant requested a hearing on the Government's motion for detention.

On August 24, 2015, Defendant appeared with counsel on the issue of his detention.  During the proceeding, after the Court explained the process to Defendant, Defendant informed the Court that he consented to detention and waived any further hearing.

The Court is satisfied that Defendant's consent and waiver were made voluntarily, knowingly and intelligently, and hereby accepts the same.  Accordingly, it is <u>ORDERED</u> that Defendant be detained pending trial.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States marshal for the purposes of an appearance in connection with a court proceeding.

*SO ORDERED.*

                                                /s/ John C. Nivison
                                                U.S. Magistrate Judge

Dated this 24th day of August, 2015.