UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:15-mj-00065-JCN |
| ) | |
| DUSHKO VENELINOV VULCHEV ) | |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The Government hereby requests that the Court dismiss the Complaint filed in the above-entitled case. Based on the same course of conduct giving rise to the Complaint, the defendant was subsequently charged in a petty offense Information on September 29, 2015, Court No. 1:15-po-00005-JCN. Defendant pled guilty to and was sentenced on the charges brought forth in the petty offense Information on October 2, 2015.

Date: November 12, 2015          Respectfully submitted,

THOMAS E. DELAHANTY II
United States Attorney

**BY: /s/ ANDREW MCCORMACK**

ANDREW MCCORMACK
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2015, I electronically filed Government's Motion to Dismiss Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Marvin H. Glazier, Esq., at mhg@vbk.com

                                                Thomas E. Delahanty II
                                              United States Attorney

BY: **/s/Andrew McCormack**
Andrew McCormack
Assistant United States Attorney
U.S. Attorney's Office
202 Harlow Street, Suite 111
Bangor, Maine 04401
Tel: 207-945-0373
Andrew.mccormack@usdoj.gov